# THE LAW OFFICE OF

# BLAIR R. ZWILLMAN

**55 Madison Avenue**
**Suite 400**
**Morristown, New Jersey 07960**
**(973) 202-3615**
**zwillmanlaw@gmail.com**

**Certified Criminal Trial Attorney**

March 20 2021

**VIA**
Email and ECF

Hon. Mark Falk
Chief United States Magistrate Judge
MLK Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: United States v Henry Nieves
Mag. No. 19-3840

Dear Judge Falk:

Please accept this short correspondence prefatory to the bail hearing that is scheduled for Monday, March 22, 2021, at 11:00 am. In our motion, we have proposed Richard Harrington, Jr. as both third-party custodian and the individual who will provide a residence for Mr. Nieves, if the Court orders his release. Prophylactically, Pre-Trial Services Officer Kathleen Cullen, has approved Mr. Harrington for these duties, **if** Mr. Nieves is released. Mr. Nieves also wishes to advise the Court that he is prepared to enter and remain in a long-term rehab facility, under such circumstances.

Very truly yours,

Blair R. Zwillman

BRZ/ced